FILED MULTNOMAH CO CIRCUIT CT
'26 MAY 1 PM3:39

**IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH**

Marla Salcedo
_____
Plaintiff

vs.

Tesla, Inc.
_____
Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

**26CV21360**

Case No: __

SUMMONS

"You are hereby summoned and required to answer the sibil complaint in this action within the time prescribed by the law and to file your response with the court, or a default judgment may be entered against you."

Verified Correct Copy of Original 5/4/2026.

_Verified Correct Copy of Original 5/4/2026._

5/01/2026
Dated

Marta Salcedo
Submitted By

33445 Sw Sycamore St. #C11
Address Scappoose OR. 97056

971 331-0437
Phone Number

MartnSalcedo0441@gmail.
Email Address
com

EXHIBIT A
Page 2 of 6

_Verified Correct Copy of Original 5/4/2026._

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

MARIA SALCEDO, an individual,

Plaintiff,

V.

TESLA, INC., a Delaware Corporation,

Defendant.

Case No.: _____

COMPLAINT

(Negligence, Product Liability)

JURY TRIAL REQUESTED

Amount in Controversy Exceeds $50,000

**26CV21360**

FILED MULTNOMAH CO CIRCUIT CT
'26 MAY 1 PM3:32

## PARTIES

1. Plaintiff Maria Salcedo is an individual residing in Multnomah County, Oregon.

2. Defendant Tesla, Inc. ("Tesla") is a Delaware corporation authorized to conduct business in the State of Oregon. Tesla designs, manufactures, sells, and distributes electric vehicles, including the model involved in the incident at issue.

## JURISDICTION & VENUE

3. This Court has jurisdiction pursuant to ORS 14.030 and ORS 14.060 because the causes of action arose in the State of Oregon.

4. Venue is proper in Multnomah County under ORS 14.080 because the incident occurred in this county.

## FACTUAL ALLEGATIONS

5. On or about January 8, 2025, Plaintiff Maria Salcedo was operating her Tesla vehicle with her children and friend, Jewlien Battles, as passengers.

6. While driving under normal conditions, the Tesla vehicle suddenly caught fire without any prior warning or external impact. Plaintiff lost control of the vehicle, which then struck a median barrier.

7. Mr. Jewlien Battles acted heroically by helping Maria Salcedo and her children escape the burning vehicle. In the process, Mr. Battles sustained second-degree burns to his hands, arms, neck, and abdomen, and also suffered a concussion. He was transported to the emergency room and received treatment, including multiple follow-up visits. His medical provider has confirmed his burn scars are permanent.

8. Plaintiff Maria Salcedo suffered her own injuries, including a concussion, and experienced severe psychological trauma. She involuntarily urinated on herself due to the impact and fear. She later underwent surgical treatment as a result of injuries sustained in the incident.

9. The Tesla vehicle's spontaneous combustion was caused by technological defects in the vehicle's battery or energy management system. The fire was not caused by driver error or external force.

10. Plaintiff alleges that Tesla's design, manufacturing, and/or failure to warn of the dangers of its vehicle's energy systems directly resulted in the fire, injuries, and resulting trauma.

11. Plaintiff has suffered significant pain, emotional distress, and financial loss, including medical costs and personal hardship.

## CLAIMS FOR RELIEF

### COUNT I – PRODUCT LIABILITY (DEFECTIVE DESIGN/MANUFACTURING)

12. Plaintiff realleges and incorporates the preceding paragraphs.

13. Defendant Tesla was responsible for the design, testing, manufacturing, marketing, and sale of the vehicle in question.

14. The vehicle was unreasonably dangerous due to a defective battery system or other faulty internal components that allowed it to spontaneously catch fire.

15. Defendant failed to adequately warn consumers about known or foreseeable risks associated with the operation of the vehicle.

16. As a direct and proximate result of the defective condition, Plaintiff suffered personal injury and emotional harm.

## COUNT II – NEGLIGENCE

17. Tesla owed a duty to Plaintiff and the public to exercise reasonable care in the design and manufacture of its vehicles.

18. Tesla breached that duty by allowing a dangerously defective vehicle to be sold and operated on public roads.

19. Tesla's negligence was the direct cause of Plaintiff's injuries, trauma, and financial damages.

## COUNT III – EMOTIONAL DISTRESS & LOSS OF QUALITY OF LIFE

20. As a result of the explosion and the trauma of watching her friend and children nearly perish, Plaintiff continues to suffer from nightmares, anxiety, and a fear of driving or traveling in vehicles.

21. This has significantly affected her mental well-being, relationships, and daily life.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. General damages in an amount to be determined at trial, not less than $250,000;

2. Economic Damages, including but not limited to medical expenses, in excess of $50,000;

3. Non-economic damages for pain, suffering, and emotional distress in an amount exceeding $500,000;

4. Pre- and post-judgment interest as allowed by law;

5. Costs and disbursements incurred herein;

6. Such other relief as the Court deems just and proper.

DATED: May, 1st 2026

Verified Correct Copy of Original 5/4/2026.

_Verified Correct Copy of Original 5/4/2026._

Respectfully submitted,

Maria Salcedo

Plaintiff, Pro Se