IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARIA SALCEDO,

Plaintiff,

v.

TESLA, INC.,

Defendant.

Case No. 3:26-cv-00989-SB

ORDER

---

JEWLIEN BATTLES,

Plaintiff,

v.

TESLA, INC.,

Defendant.

Case No. 3:26-cv-01101-SB

**BAGGIO, District Judge:**

Magistrate Judge Beckerman issued a Findings and Recommendation on September 16, 2026, in which she recommends that the Court dismiss this consolidated action without prejudice for failure to prosecute. F&R, ECF No. 19, 16. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [19] [16]. Accordingly, this consolidated action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED this 3rd day of November, 2026.

AMY M. BAGGIO
United States District Judge